**Order entered July 21, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00341-CV

### IN THE INTEREST OF A.C., A CHILD

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 107543-CC**

### ORDER

Mother's brief in this parental termination appeal is overdue despite Mother's counsel's representation, at a trial court hearing held June 21, 2022 to determine why the brief had not been filed by the original and first extended deadlines, that the brief would be filed by July 14. Accordingly, given the accelerated nature of this appeal, we **ORDER** Casey T. Boyd removed as appointed appellate counsel for Mother and **ORDER** the trial court to appoint new counsel to represent Mother in this appeal **no later than July 26, 2022**. *New counsel shall be cautioned that Mother's brief must be filed no later than August 15, 2022 as no extensions will be granted absent dire circumstances.*

A supplemental clerk's record containing a copy of the order of appointment and a supplemental reporter's record of any hearing held pursuant to this order shall be filed **no later than July 28, 2022**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Tracy Gray, Presiding Judge of County Court at Law No. 1; Kaufman County District Clerk Rhonda Hughey; Shelley L. Dearing, Official Court Reporter for County Court at Law No. 1; Mr. Boyd; Mother, at her last known address; and, remaining counsel.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated no later than August 2, 2022.

/s/ ERIN A. NOWELL
   JUSTICE